## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEON GREENHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-04-623-T |
| | ) |
| IGNITION SYSTEMS & CONTROLS, L.P., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court has before it "Defendant's Motion to Strike Response Brief, or, Alternatively, for Leave to File Reply Brief in Excess of Ten Pages, and Brief in Support," filed May 23, 2005. In the motion, Defendant accuses Plaintiff of violating the requirements of LCvR 7.2(g) for the purpose, according to Defendant, of making a thirty-page brief appear to be a twenty-five page brief.

Upon review of Defendant's motion, the Court concludes that Defendant should be granted a period of twenty-four (24) hours within which to reconsider the allegations set forth in its motion as well as its position thereon. If after the expiration of the twenty-four hour period, Defendant has not withdrawn (or modified) its motion <u>and</u> the Court thereafter determines one or more of the allegations in the motion are without basis in fact, the filing of the motion will be addressed in an appropriate manner.

IT IS SO ORDERED this 23rd day of May, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE