## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEON GREENHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-04-623-T |
| | ) |
| IGNITION SYSTEMS & CONTROLS, L.P., | ) |
| | ) |
| Defendant. | ) |

### ORDER

On May 23, 2005, "Defendant's Motion to Strike Response Brief, or, Alternatively, for Leave to File Reply Brief in Excess of Ten Pages, and Brief in Support" was filed. On May 24, 2005, "Defendant's Withdrawal of Motion to Strike Response Brief, or Alternatively, For Leave to File Reply Brief in Excess of Ten Pages and Response to Court's Order" was filed.

Upon review of the motions, the Court concludes that Defendant's motion to withdraw (Doc. No. 46) should be GRANTED. Accordingly, Defendant's motion to strike (Doc. No. 44) is DEEMED WITHDRAWN. Should Defendant determine that its reply to Plaintiff's response to its motion for summary judgment will exceed the 10 pages granted on May 13, 2005, Defendant is directed to file the appropriate motion in compliance with LCvR 7.2(i).

IT IS SO ORDERED this 25th day of May, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE